UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO, *on behalf of herself and all others similarly situated*,

           Plaintiff,

– against –

PLASTAKET MANUFACTURING COMPANY, INC.,

           Defendant.

**ORDER**

23-cv-709 (ER)

Ramos, D.J.:

    Toro filed this action on January 27, 2023. Doc. 1. An electronic summons issued on January 30, 2023. Doc. 4. Since then, there has been no activity in the case.

    Toro is instructed to submit a status letter by no later than Friday, July 14, 2023. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Additionally, the Toro is reminded that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

    It is SO ORDERED.

Dated:    July 7, 2023
               New York, New York

                                                                     EDGARDO RAMOS, U.S.D.J.