UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO, *on behalf of herself and all others similarly situated*,

                Plaintiff,

– against –

PLASTAKET MANUFACTURING COMPANY, INC.,

                Defendant.

**ORDER**

23-cv-709 (ER)

Ramos, D.J.:

    Toro filed this action on January 27, 2023. Doc. 1. An electronic summons issued on January 30, 2023. Doc. 4. Since then, there has been no activity in the case. Accordingly, on July 7, 2023, the Court ordered Toro to submit a status letter by no later than July 14, 2023. Doc. 5. No such letter was filed.

    Toro is instructed to submit a status letter by Friday, July 28, 2023. Failure to do so will result in dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:    July 26, 2023
             New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.